IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anthony Brown,
    Plaintiff

       :   Civil Action 2:06-cv-1004

v.

       :   Judge Smith

Belmont Correctional Institution, *et al.*,
    Defendant

       :   Magistrate Judge Abel

**ORDER**

    Plaintiff Anthony Brown, an inmate at Belmont Correctional Institution, brings this action alleging that defendants failed to provide him with Premarin, a female hormone replacement drug, in violation of his constitutionals rights. This matter is before the Court on Magistrate Judge Abel's December 11, 2006 Initial Screening Report and Recommendation that Plaintiff's complaint be DISMISSED. No objections were filed to the Report and Recommendation.

    Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and orders that Plaintiff's complaint be DISMISSED. Plaintiff did not properly exhaust his prison administrative remedies as required by the Prison Litigation Reform Act. Thus, the Clerk of Courts is DIRECTED to enter JUDGMENT for defendants. This action is hereby DISMISSED.

*George C. Smith*
United States District Judge